We are unable to agree that under the record before us reversal should be ordered because the trial court declined to declare a mistrial.

 The jury resolved the issue as to appellant's intoxication against him and we find the evidence sufficient to sustain their verdict.

The judgment is affirmed.

**J. W. DORAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28124.

Court of Criminal Appeals of Texas.

March 7, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is aggravated assault; the punishment, fine of $25.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.